IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PERSONAVERA, LLC *et al.* : | |
| : | CIVIL ACTION |
| v. : | |
| : | NO. 18-633 |
| COLLEGE OF HEALTHCARE : | |
| INFORMATION MANAGEMENT : | |
| EXECUTIVES *d/b/a* CHIME : | |
| *Healthcare Innovation Trust et al.* : | |

# ORDER

**AND NOW**, this 8th day of April 2021, upon consideration of Defendants' Motion to Dismiss Plaintiffs' Complaint (ECF No. 7), and all documents submitted in support thereof and in opposition thereto, it is **ORDERED** that Defendants' Motion is **DENIED**.

**IT IS SO ORDERED.**

BY THE COURT:

*/s/ R. Barclay Surrick*
**R. BARCLAY SURRICK, J.**